IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| AMY Y.,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:22-CV-0245-C-BQ |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge therein advising the Court that the Commissioner's decision should be vacated and this matter should be remanded for further administrative proceedings. No Party filed a timely objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation for clear error and finds none. It is therefore **ORDERED** that the findings and conclusions contained in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Commissioner's decision is **VACATED** and this civil action is **REMANDED** for further administrative proceedings.

SO ORDERED this 14th day of August, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.